HOME LIFE INSURANCE COMPANY v. WILLIAM G. KLEIN et al.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAX LOEWINTHAN v. BETH DAVID HOSPITAL et al.—

Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

JAMES B. MARTIN et al. v. CITY OF NEW YORK, Impleaded with Others.—

Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of ALEXANDER ACKERSON.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of SAMUEL M. BRODY.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of SIDNEY M. WITTNER.—

Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of BERNARR MACFADDEN against FELIX C. BENVENGA, as One of the Justices of the Supreme Court of the State of New York et al.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of SIDNEY FELBER.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (October 9, 1942.)

HATTIE S. FREEMAN et al., Respondents, v. THE RECTOR, CHURCHWARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY APOSTLES IN THE CITY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELIZABETH J. ROWE, as Administratrix of the Estate of ELEANOR CONGO, Deceased, Respondent, v. CASHMAN LAUNDRY CORP. et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BERNARD MADRICK, Appellant, v. CORNELL CAB CORP., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THOMAS G. PRIOLEAU, Appellant, v. BANK OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN WHITE, Respondent, v. 58-59 REALTY CORP., Appellant, Impleaded with Another, Defendant.—